Dismissed and Memorandum Opinion filed August 5, 2004









Dismissed and Memorandum Opinion filed August 5, 2004.

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-04-00511-CV

____________

 

IN THE
INTEREST OF 

O.N.C. a/k/a N., a/k/a UNKNOWN
FEMALE,

 and D.M.C. CHILDREN

 



 

On Appeal from the 313th District
Court

Harris County,
Texas

Trial Court Cause No.
03-03606J

 



 

M E M O R A N D U M   O
P I N I O N

Appellant, Alma Isabel Aguilar, a/k/a Rosa Garcia, a/k/a Rosa
Miriam Garcia, a/k/a Juanita Rojas, a/k/a Unknown Mother, appeals an order
terminating her parental rights signed May 3, 2004.  Appellant filed an Affidavit of Indigence
with her notice of appeal.  After a
hearing, the trial court overruled appellant=s request for a free appellate record
and appointment of counsel based upon her claim of indigence.  See Tex.
Fam. Code Ann. ' 263.405(d)(2) (Vernon 2002). 
The clerk responsible for preparing the record in this appeal informed
the court appellant did not make arrangements to pay for the record.  








On July 15, 2004, notification was transmitted to all parties
of this court=s intention to dismiss the appeal for
want of prosecution unless, within fifteen days, appellant paid or made
arrangements to pay for the record and provided this court with proof of
payment.  See Tex. R. App. P. 37.3(b).  Appellant filed no response, and the record
has not been filed.

Accordingly, the appeal is ordered dismissed.

 

PER CURIAM

 

Judgment rendered and Memorandum
Opinion filed August 5, 2004.

Panel consists of Chief Justice
Hedges and Justices Fowler and Seymore.